UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-32 RM |
| ) | |
| MICHAEL FINNEY ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 25, 2008. Accordingly, the court ADOPTS those findings and recommendations [Doc. No. 25], ACCEPTS defendant Michael Finney's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1512(a)(2)(A).

SO ORDERED.

ENTERED: August 12, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court